

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00684-CR

Angel Jonathan **KOENIGSTEIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR6833
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's response to our October 19, 2022 show cause order was originally due November 18, 2022. On November 18, 2022, appellant filed a motion requesting an extension of time to file the response. After consideration, we **GRANT** the motion and **ORDER** appellant to file his response **by December 19, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court